ALB:CNR
F. #2019R01452

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JESUS ALONSO MALDONADO,
  also known as "Jesus Alonso
  Maldonado-Santos,"

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  NOV 13 2019  ☆

LONG ISLAND OFFICE

INDICTMENT

Cr. No. **CR 19 531**
(T. 8, U.S.C., §§ 1326(a) and 1326(b)(1);
T. 18, U.S.C., §§ 3551 et seq.)

**AZRACK, ..**

BROWN, M. J.

THE GRAND JURY CHARGES:

ILLEGAL REENTRY

On or about October 17, 2019, within the Eastern District of New York, the

defendant JESUS ALONSO MALDONADO, also known as "Jesus Alonso Maldonado-Santos,"

an alien who had been previously removed from the United States after a conviction for the

commission of a felony, was found in the United States, without the Secretary of the United

States Department of Homeland Security and the United States Attorney General having

expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(1); Title 18, United

States Code, Sections 3551 et seq.)

A TRUE BILL

_____
                FOREPERSON

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By _____
    Assistant U.S. Attorney

No.

---

# UNITED STATES DISTRICT COURT

## EASTERN *District of* NEW YORK

## CRIMINAL DIVISION

---

## THE UNITED STATES OF AMERICA

*vs.*

JESUS ALONSO MALDONADO,

Defendant.

---

## INDICTMENT

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(1); T.18, U.S.C., §§ 3551 et seq.)

---

*A true bill.*

_____

*Foreperson*

---

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

*Clerk*

---

*Bail, $* _____

_____

*Charles N. Rose, Assistant U.S. Attorney (631) 715-7844*